UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-127 JD |
| | ) | |
| QUENTIN PARKER BASKIN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 20, 2012 [DE 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Quentin Parker Baskin's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1028A.

SO ORDERED.

ENTERED:   July 11, 2012

　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court